1
2
3
4        E-FILED 02/10/11
         JS-6
5
6
7
8              UNITED STATES DISTRICT COURT
9          FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                  WESTERN DIVISION
11

| NEDBANK INTERNATIONAL LIMITED., a Mauritian Corporation,<br><br>Plaintiff,<br><br>v.<br><br>XERO MOBILE, INC., a Nevada Corporation,<br><br>Defendant. | CASE NO. CV07-6594 PSG (AGRx)<br><br>[Hon. Philip S. Gutierrez, Crtrm. 790]<br><br>[~~PROPOSED~~] JUDGMENT<br><br><br>Complaint Filed: October 11, 2007 |
|---|---|

1  The Court has considered the papers filed by Plaintiff Nedbank International
2  Limited ("Nedbank") in support of its motion for entry of default judgment against
3  Defendant Xero Mobile, Inc. ("Defendant"), including the Declaration of Ana
4  Tagvoryan, the record of the hearing on September 25, 2008 and January 26, 2011,
5  and all the files and records in this action.
6      NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that
7  judgment is hereby entered in favor of Nedbank and against Defendant.
8      Defendant must pay damages in the amount of $250,000.00 which constitutes
9  the value of the monetary funds converted and/or had and received by Defendant as
10 alleged in the Complaint.
11     Interest on the judgment will accrue at the rate of 0.27% per day from the
12 date of the entry of this judgment until paid, pursuant to 28 U.S.C. § 1961.

Dated: February 10, 2011

**PHILIP S. GUTIERREZ**
_____
Honorable Philip S. Gutierrez

1

WEST\223149860.1